UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN NOVICK, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>PROSHARES TRUST; PROSHARE ADVISORS LLC; SEI INVESTMENTS DISTRIBUTION CO.; MICHAEL L. SAPIR; LOUIS M. MAYBERG; RUSSELL S. REYNOLDS, III; MICHAEL WACHS; and SIMON D. COLLIER,<br><br>    Defendants. | No. 09 Civ. 6935 (JGK)<br><br>ECF Case |
| CHARLES SANKOWICH, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>PROSHARES TRUST; PROSHARE ADVISORS LLC; SEI INVESTMENTS DISTRIBUTION CO.; MICHAEL L. SAPIR; LOUIS M. MAYBERG; RUSSELL S. REYNOLDS, III; MICHAEL WACHS; and SIMON D. COLLIER,<br><br>    Defendants. | No. 09 Civ. 7356 (JGK)<br><br>ECF Case |

[caption continues on next page]

**PROSHARES DEFENDANTS' NOTICE OF
<u>MOTION TO CONSOLIDATE</u>**

| | |
|---|---|
| JACK MCBRIDE, on Behalf of Himself and all Others Similarly Situated, | |
| Plaintiff, | |
| v. | No. 09 Civ. 7392 (JGK) |
| PROSHARES TRUST; PROSHARE ADVISORS LLC; SEI INVESTMENTS DISTRIBUTION CO.; MICHAEL L. SAPIR; LOUIS M. MAYBERG; RUSSELL S. REYNOLDS, III; MICHAEL WACHS; and SIMON D. COLLIER, | ECF Case |
| Defendants. | |
| MITCHELL HIRTH, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 09 Civ. 7505 (JGK) |
| PROSHARES TRUST, PROSHARE ADVISORS LLC, SEI INVESTMENTS DISTRIBUTION CO., MICHAEL L. SAPIR, LOUIS M. MAYBERG, RUSSELL S. REYNOLDS, III, MICHAEL WACHS, and SIMON COLLIER, | ECF Case |
| Defendants. | |
| DAVID MARCONI, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 09 Civ. 8089 (JGK) |
| PROSHARES TRUST, PROSHARE ADVISORS LLC, SEI INVESTMENTS DISTRIBUTION CO., MICHAEL L. SAPIR, LOUIS M. MAYBERG, RUSSELL S. REYNOLDS, III, MICHAEL WACHS, and SIMON COLLIER, | ECF Case |
| Defendants. | |

| | |
|---|---|
| RICHARD C. BOLTON, on Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | No. 09 Civ. 8200 (JGK) |
| v. | |
| PROSHARES TRUST; PROSHARE ADVISORS LLC; SEI INVESTMENTS DISTRIBUTION CO.; MICHAEL L. SAPIR; LOUIS M. MAYBERG; RUSSELL S. REYNOLDS, III; MICHAEL WACHS; and SIMON D. COLLIER, | ECF Case |
| Defendants. | |
| FENG CHEN and LIN QIAO, on Behalf of Themselves and All Others Similarly Situated, | |
| Plaintiffs, | No. 09 Civ. 8202 (JGK) |
| v. | |
| PROSHARES TRUST; PROSHARE ADVISORS LLC; SEI INVESTMENTS DISTRIBUTION CO.; MICHAEL L. SAPIR; LOUIS M. MAYBERG; RUSSELL S. REYNOLDS, III; MICHAEL WACHS; and SIMON D. COLLIER, | ECF Case |
| Defendants. | |
| ROBERT KNOBEL, on behalf of himself and all others similarly situated, | |
| Plaintiff, | No. 09 Civ. 8293 (JGK) |
| v. | |
| PROSHARES TRUST, PROSHARE ADVISORS LLC, SEI INVESTMENTS DISTRIBUTION CO., MICHAEL L. SAPIR, LOUIS M. MAYBERG, RUSSELL S. REYNOLDS, III, MICHAEL WACHS, and SIMON COLLIER, | ECF Case |
| Defendants. | |

| | |
|---|---|
| JACOB CHENE NORMAND, on behalf of himself and all others similarly situated, | |
| Plaintiff, | No. 09 Civ. 8327 (JGK) |
| v. | |
| PROSHARES TRUST, PROSHARE ADVISORS LLC, SEI INVESTMENTS DISTRIBUTION CO., MICHAEL L. SAPIR, LOUIS M. MAYBERG, RUSSELL S. REYNOLDS, III, MICHAEL WACHS, and SIMON COLLIER, | ECF Case |
| Defendants. | |

| | |
|---|---|
| KAREN WORDEN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | No. 09 Civ. 8662 (UA) |
| v. | |
| PROSHARES TRUST, PROSHARE ADVISORS LLC, SEI INVESTMENTS DISTRIBUTION CO., MICHAEL L. SAPIR, LOUIS M. MAYBERG, RUSSELL S. REYNOLDS, III, MICHAEL WACHS, and SIMON COLLIER, | ECF Case |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of the ProShares Defendants' Motion to Consolidate Related Actions Pursuant to Rule 42, and upon the Declaration of Robert A. Skinner in Support of the ProShares Defendants' Motion to Consolidate Related Actions Pursuant to Rule 42, defendants ProShares Trust, ProShare Advisors LLC, SEI Investments Distribution Co., Michael L. Sapir, Louis M. Mayberg, and Simon D. Collier ("the ProShares Defendants") shall move this Court before the Honorable John G. Koeltl, at the United States Courthouse, in Courtroom 12B, located at 500 Pearl Street, New

- 2 -

York, New York 10007, to enter an order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure consolidating the above-captioned actions for all purposes, and for such other relief as the Court may deem just and proper.

    Answering papers, if any, shall be served in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: October 20, 2009

                                          Respectfully submitted,

                                          ROPES & GRAY LLP

                                          By: /s/ Robert A. Skinner
                                          Robert A. Skinner
                                          One International Place
                                          Boston, MA 02110
                                          Tel: (617) 951-7000
                                          Fax: (617) 951-7050
                                          robert.skinner@ropesgray.com

                                          *Attorneys for Defendants ProShares Trust,*
                                          *ProShare Advisors LLC, SEI Investments*
                                          *Distribution Co., Michael L. Sapir, Louis M.*
                                          *Mayberg, and Simon D. Collier*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2009, I caused a true and correct copy of the foregoing document to be served upon all registered users through the Court's Electronic Case Filing system.

                                        /s/ Robert A. Skinner
                                        Robert A. Skinner