UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN NOVICK, On Behalf of Himself and All Others Similarly Situated, | Electronically Filed |
| Plaintiff, | Civil Action No. 1:09-cv-06935-JGK |
| vs. | Judge John G. Koeltl |
| PROSHARES TRUST; PROSHARE ADVISORS LLC; SEI INVESTMENTS DISTRIBUTION CO.; MICHAEL L. SAPIR; LOUIS M. MAYBERG; RUSSELL S. REYNOLDS, III; MICHAEL WACHS; and SIMON D. COLLIER, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Thomas R. Grady, upon the accompanying Affidavit executed by him, hereby withdraws as counsel of record for Plaintiff Steven Novick in the above-captioned matter. Mr. Novick will continue to be represented by attorneys at Labaton Sucharow LLP, the undersigned's law firm, in the foregoing action.

Dated: April 22, 2010

Respectfully submitted,

**LABATON SUCHAROW LLP**

By:  */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Alan I. Ellman (AE-7347)
Stefanie J. Sundel (SS-8168)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiff Steven Novick*