UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                          )
IN RE PROSHARES TRUST          )      Master Case No. 09-CV-06935-JGK
SECURITIES LITIGATION           )
_____)

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

      WHEREAS, on May 7, 2010, Class members Gil Michaels, as Trustee of the Gilbert Neal Michaels Separate Property Trust of May 3, 2003, the Compassion for Animals Foundation, Inc., Charles Sankowich, CLAL Finance Batucha Investment Management, Ltd. ("CLAL"), Peter Lau, and John R. Taylor (collectively, the "ProShares Investor Group") filed a motion seeking to be appointed as lead plaintiff of the above-captioned securities class action against ProShares Trust and for approval of its selection of lead counsel, and

      WHEAREAS, on June 7, 2010, Mr. Michaels and Mr. Sankowich withdrew their motion to be appointed lead plaintiff and from the ProShares Investor Group,

      NOW, THEREFORE, Labaton Sucharow LLP hereby withdraws as counsel of record for the ProShares Investor Group in the above-captioned action. The ProShares Investor Group will continue to be represented by Pomerantz Haudek Grossman & Gross LLP.

Dated: June 7, 2010                          Respectfully submitted,

                                          **LABATON SUCHAROW LLP**

                                          By:   */s/ Christopher J. Keller*
                                          Christopher J. Keller (CK-2347)
                                          Alan I. Ellman (AE-7347)
                                          Stefanie J. Sundel (SS-8168)
                                          140 Broadway
                                          New York, New York 10005
                                          Telephone: (212) 907-0700
                                          Facsimile: (212) 818-0477

                                          *Attorneys for Gil Michaels, as Trustee of the*
                                          *Gilbert Neal Michaels Separate Property Trust*
                                          *of May 3, 2003, the Compassion for Animals*
                                          *Foundation, Inc., and Charles Sankowich*