USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-13-10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE PROSHARES TRUST SECURITIES**
**LITIGATION.**

09 Civ. 6935 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

As stated on the record at today's conference, the Court **grants in part** and **denies in part** the application of the Karasik Group to serve as lead plaintiff. The remaining applications for appointment as lead plaintiff are **denied.** Mr. Karasik is appointed as the lead plaintiff and the Lovell and Zamansky firms are approved as co-lead counsel. The Clerk is directed to close Docket Nos. 92, 96, 99, and 101.

Pursuant to the Court's Order dated May 17, 2010, Schnall v. ProShares Trust, No. 10 Civ. 3042, was consolidated with the above captioned case. The Clerk is directed to close that case and consolidate it under the caption above.

The parties should provide the Court with a proposed scheduling order by **July 19, 2010.**

**SO ORDERED.**

**Dated:**    New York, New York
          July 12, 2010

John G. Koeltl
United States District Judge