UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PROSHARES TRUST SECURITIES LITIGATION ) ) ) ) | Master Case No. 09-cv-6935-JGK<br><br>ECF Case |
| STEVEN AND SHERRI SCHNALL, ) ) Plaintiffs, ) ) v. ) ) PROSHARES TRUST ) ) Defendant. ) ) | Civil Action No. 10-cv-3042-JGK<br><br>ECF Case |

### DECLARATION OF ROBERT A. SKINNER
### IN SUPPORT PROSHARE TRUST'S MOTION TO QUASH ARBITRATION SUBPOENA

I, Robert A. Skinner, hereby declare as follows:

1.  I am an attorney admitted to practice in Massachusetts. I am a partner at the firm of Ropes & Gray LLP, which represents ProShares Trust in the above-captioned actions. I make this declaration to place before the Court certain facts and documents relevant to ProShares Trust's brief in support of its Motion to Quash Arbitration Subpoena.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the subpoena issued to ProShares Trust in the arbitration currently pending as FINRA Case Number 09-02157, including the September 27, 2010 cover letter from Dana E. Foster of Ackerman, Link, Sartory.

Dated:  October 25, 2010                    /s/ Robert A. Skinner
                                            Robert A. Skinner

- 2 -

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 25, 2010, I caused a true and correct copy of the foregoing document to be served upon all registered users through the Court's Electronic Case Filing system.

                <u>/s/ Robert A. Skinner</u>
                Robert A. Skinner