# EXHIBIT 1



# ACKERMAN ♦ LINK ♦ SARTORY
### Attorneys At Law

Tel: (561) 838-4100
Fax: (561) 838-5305
E-mail: alslaw@alslaw.com

222 Lakeview Avenue
Suite 1250 - Esperante
West Palm Beach, FL 33401

File No.: 1191.001

September 27, 2010

**Sent Via UPS Ground**
Office of General Counsel
ProShares Trust
7501 Wisconsin Avenue, Suite 1000
Bethesda, Maryland 20814

RE:   **Steven and Sherri Schnall v. LPL Financial Corporation**
      **FINRA Case Number: 09-02157**

Dear Sir/Madame:

Enclosed please find a Subpoena for Records directed to ProShares Trust that has been issued by the Chairperson in the above-referenced matter. Please comply with this Subpoena by October 18, 2010.

If you should have any questions, please feel free to contact me.

Sincerely,

Dana E. Foster

cc: Peter King (*via U.S. mail*)

B40982.DOC

♦ Partners with Business and the Community ♦

FINANCIAL INDUSTRY REGULATORY AUTHORITY DISPUTE RESOLUTION

In the Matter of the Arbitration Between

Name of Claimants
Steven and Sherri Schnall

Case No.: 09-02157

Name of Respondent
LPL Financial Corporation

### SUBPOENA FOR RECORDS

TO:   Office of General Counsel
      ProShares Trust
      7501 Wisconsin Avenue, Suite 1000
      Bethesda, Maryland 20814

Pursuant to Rule 12512 of FINRA's Code of Arbitration Procedure, you are commanded to produce to Dana E. Foster, Ackerman, Link & Sartory, P.A., 222 Lakeview Avenue, Suite 1250 - Esperante, West Palm Beach, Florida 33401, on or before October 18, 2010 those documents identified on Exhibit "A".

If you fail to furnish the records you may be held in contempt. You are subpoenaed by the arbitrator whose name appears on this Subpoena, and unless excused from this Subpoena by the arbitrator or the requesting attorney, you shall respond to this Subpoena as directed.

DATED: September 13, 2010

By: _Pamela H. Roderick_
CHAIR

## EXHIBIT "A" TO PROSHARES TRUST SUBPOENA

### DEFINITIONS

A.  The term "document" means writings, drawings, graphs, charts, spreadsheets, photographs, microfilm, microfiche, and any other data, compilation, or communication from which information can be obtained. "Document" specifically includes, without limitation, communications memorialized or stored in any storage medium, including mechanical or electronic form, such as audio recordings, email, and voice mail messages. "Document" also include drafts and any non-identical copies.

B.  The term "Investments" refers to all ProFunds mutual funds and ProShares Exchange Traded Funds, held within ProShares Trust and ProShares Trust II, including, but not limited to, the Proshares' SRS Fund.

### DOCUMENTS REQUESTED

1. All sales materials relating to the Investments.

2. All documents relating to the design, modeling, registration, regulatory approvals and marketing of the Investments.

3. All documents relating to the drafting of (including all amendments) the Investments' statement of additional information from the date of the initial public offering through December 2009.

4. All documents relating to the predicted or expected performance, and related disclosures, pertaining to the Investments.

5. Documents provided to the Securities and Exchange Commission or any state or federal agency in connection with any inquiries or investigations related to the Investments.

6. Records of disciplinary action relating to the sale or marketing of the Investments.

7. Documents relating to any claim or complaint asserted against you in connection with the Investments.

8. Correspondence between you and any other sponsor or underwriter related to the Investments.

B23135.WPD