United States District Court
Southern District of New York

---

IN RE PROSHARES TRUST SECURITIES
LITIGATION

09 Civ. 6935 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The joint motion to dismiss the Amended Consolidated Class Action Complaint was mooted by the letter endorsement filed on December 16, 2010, allowing the filing of the Second Consolidated Amended Complaint. Accordingly, the Clerk is directed to close Docket No. 150.

SO ORDERED.

Dated:   New York, New York
         June 4, 2011

_____
John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/11

1