# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| | x |
| IN RE PROSHARES TRUST SECURITIES LITIGATION | :   **Civil No. 1:09-cv-06935-JGK** |
| | : |
| | :x   **NOTICE OF MOTION** |

COUNSEL:

PLEASE TAKE NOTICE that, upon the annexed Declaration of Victor E. Stewart, and the accompanying Memorandum of Law, dated August 26, 2011, Plaintiffs, by their attorneys Lovell Stewart Halebian Jacobson LLP and Zamansky & Associates, will move this Court, before the Honorable John G. Koeltl, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, pursuant to Fed. R. Civ. P. 15, for an order granting Plaintiffs leave to amend their Complaint, and granting Plaintiffs such other and further relief as this Court deems just and proper.

Dated: New York, New York
      August 26, 2011

Respectfully submitted,

**LOVELL STEWART HALEBIAN JACOBSON LLP**

By:   /s/ Victor E. Stewart
      Christopher Lovell (CL 2595)
      Victor E. Stewart (VS 4309)
      Fred T. Isquith, Jr. (FI 1064)
      61 Broadway, Suite 501
      New York, NY 10006
      Office: (212) 608-1900
      Facsimile: (212) 719-4677

Jacob H. Zamansky (JZ 1999)
Edward H. Glenn, Jr. (EG 0042)
Kevin D. Galbraith (KG 7512)
**ZAMANSKY & ASSOCIATES LLC**
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177

*Lead Counsel for Plaintiffs*