UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PROSHARES TRUST
SECURITIES LITIGATION

Civil No. 1:09-cv-06935-JGK
1:10-cv-03042-JGK

### ORDER GRANTING WITHDRAWAL

Having reviewed the Notice of Withdrawal as Co-Counsel (Dkt. # 180 - 1:09-cv-06935-JGK) and (Dkt. # 25 - 1:10-cv-03042-JGK) and the Affidavit of Scott J. Link in Support of Notice of Withdrawal of Ackerman, Link & Sartory, P.A., Thomas R. Grady, P.A., Scott J. Link and Thomas R. Grady as Co-Counsel for Steven Schnall and Sherri Schnall (Dkt. # 181 - 1:09-cv-06935-JGK) and (Dkt. # 26 - 1:10-cv-03042-JGK), the Court hereby directs the Clerk of the Court to remove Scott J. Link, Thomas R. Grady, and the law firms of Ackerman, Link & Sartory, P.A. and Thomas R. Grady, P.A. as Co-Counsel for Plaintiffs Steven Schnall and Sherri Schnall in the above-captioned matters.

Dated: August 29, 2011
New York, New York

_____
John G. Koeltl
United States District Judge

BA4873.DOC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/30/11