```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE PROSHARES TRUST SECURITIES
LITIGATION

------------------------------------------------------------X

09 **CIVIL** 6935 (JGK)
**JUDGMENT**

The defendants - ProShares Trust, ProShares Trust II, ProShares Advisors LLC, SEI Investments Distribution Co., Michael Sapir, Louis Mayberg, Edward Karpowicz, William Seale, Simon Collier, Charles Todd, Russell Reynolds, and Michael Wachs (collectively, "ProShares") - having moved to dismiss the plaintiffs' Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on September 7, 2012, having rendered its Opinion and Order granting the motion to dismiss the plaintiffs' Third Amended Complaint, and directing the Clerk to enter judgment accordingly, to close this case, and to close all pending motions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2012, the motion to dismiss the plaintiffs' Third Amended Complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York
September 12, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____