UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE PROSHARES TRUST SECURITIES
LITIGATION

------------------------------------------------------------X

MARK KARASICK, FRANCISCO JAVIER DE
LION DIAZ, RENE LACROIX, ANTHONY
KOURI, ANTHONY ALEXANDER, JAY AND
JUDY BILYEU, MICHAEL ERIC CODLIN,
WENDY ROCKWELL-GOFF, ROBERT
SCHUMACHER, JAMES AND DOROTHY
HERSHMAN, MICHAEL ADAM HYMAN,
SCOTT TESSLER, RICHARD RHOADS,
MARTIN GARY NORRIS, DOROTHY
LOWELL, NANCY HITCHINS, THOMAS
TRUONG, EDWARD CISNEROS, CHRIS
HONCIK, STEPHEN SHOAP, DMITRI
ROUTSKI, ELENA LAVENDER-BOWEN,
DAVID BOWMAN, DAVID CHOW, MARK
EVERETT BROWN, JONATHAN DEAN,
LAWRENCE LEWIS SINSEL, JR., KENNETH L.
KRAMER, LAWRENCE I. WEINER, JOHN E.
KILLOUGH, ALAN PARKER, SCOTT A.
SMELTZ, HOWARD SCHWACK, DOUGLAS
JONES, STEPHEN HERMAN, SUSAN ASI,
STEVEN S. NOVICK, and CHARLES SANKOWICH
on behalf of themselves and all others similarly situated,
and STEVEN and SHERRI SCHNALL, on behalf of
themselves,

               Plaintiffs,

v.

PROSHARES TRUST I, PROSHARES TRUST II,
PROSHARE ADVISORS LLC, SEI
INVESTMENTS DISTRIBUTION CO., MICHAEL L.


U.S. DISTRICT COURT
FILED
OCT 03 2012
D.S.
S.D. OF N.Y.

09 Civ. 6935 (JGK)

SAPIR, LOUIS M. MAYBERG, EDWARD
KARPOWICZ, WILLIAM E. SEALE, SIMON D.
COLLIER, CHARLES S. TODD, RUSSELL S.
REYNOLDS III, and MICHAEL WACHS,

                Defendants.

-------------------------------------------------------X

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that pursuant to Fed. R. App. P. 4(a)(1)(A), Plaintiffs Mark Karasick, Francisco Javier De Lion Diaz, Rene LaCroix, Anthony Kouri, Anthony Alexander, Jay and Judy Bilyeu, Michael Eric Codlin, Wendy Rockwell-Goff, Robert Schumacher, James and Dorothy Hershman, Michael Adam Hyman, Scott Tessler, Richard Rhoads, Martin Gary Norris, Dorothy Lowell, Nancy Hitchins, Thomas Truong, Edward Cisneros, Chris Honcik, Stephen Shoap, Dmitri Routski, Elena Lavender-Bowen, David Bowman, David Chow, Mark Everett Brown, Jonathan Dean, Lawrence Lewis Sinsel, Jr., Kenneth L. Kramer, Lawrence I. Weiner, John E. Killough, Alan Parker, Scott A. Smeltz, Howard Schwack, Douglas Jones Stephen Herman, Susan Asi, Steven S. Novick, and Charles Sankowich on behalf of themselves and all others similarly situated, and Steven and Sherri Schnall, on behalf of themselves, hereby appeal to the United States Court of Appeals for the Second Circuit the Civil Judgment entered on the docket on September 12, 2012, Docket No. 210, dismissing with prejudice the Third Amended Complaint, and the Opinion and Order dated September 7, 2012 which was the basis thereof, Docket No. 209, filed on September 10, 2012 and modified on September 11, 2012.

Dated: New York, New York
October 2, 2012

                                       Respectfully submitted,

**LOVELL STEWART HALEBIAN JACOBSON LLP**

/s/ Christopher Lovell

Christopher Lovell (CL 2595)
Victor E. Stewart (VS 4309)
Ian T. Stoll (IS-3424)
Fred T. Isquith, Jr. (FI 1064)
Benjamin M. Jaccarino (BJ 1273)
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

**ZAMANSKY & ASSOCIATES LLC**
Jacob H. Zamansky (JZ 1999)
Edward H. Glenn, Jr. (EG 0042)
Kevin D. Galbraith (KG 7512)
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177

*Lead Counsel for Plaintiffs*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein (bernstein@bernlieb.com)
Sandy A. Liebhard (liebhard@bernlieb.com)
U. Seth Ottensoser (ottensoser@bernlieb.com)
Joseph R. Seidman, Jr. (seidman@bernlieb.com)
Brian Lehman (lehman@bernlieb.com)
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**GILMAN AND PASTOR, LLP**
Kenneth Gilman (kgilman@gilmanpastor.com)
Rene Potkay (rpotkay@gilmanpastor.com)
16 14th Avenue
Wareham, MA  02571
Telephone: (508) 291-8400
Facsimile: (508) 291-3258

**Wolf Haldenstein Adler Freeman & Herz LLP**
Mark C. Rifkin
Gustavo Bruckner
270 Madison Avenue
New York , NY 10016
212-545-4600
Fax: 212 545-4653
rifkin@whafh.com
Bruckner@whafh.com

**Pomerantz Haudek Block Grossman & Gross LLP**
Jeremy Alan Lieberman
100 Park Avenue, 26th Floor
New York , NY 10017
(212)-661-1100
Fax: (212)-661-8665
jalieberman@pomlaw.com

**Stull Stull & Brody**
James Elliot Lahm
6 East 45th Street, 5th Floor
New York , NY 10017
212-687-7230
Fax: 212-4902022
ssbny@aol.com
jlahm@ssbny.com

**Wolf Popper LLP**
Robert C. Finkel
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Fax: (212) 486-2093

*Additional Class Counsel*

**Ackerman, Link & Sartory**
Thomas R. Grady
Dana E. Foster
222 Lakeview Avenue
Suite 250
West Palm Beach, Fl 33401
(561) 838-4100
Fax: (561) 838-5305
trgrady@alslaw.com
afoster@alslaw.com

**Timothy J. Dennin, P.C.**
Timothy John Dennin
316 Main Street
Northport, NY 11768
(631) 261-0250
Fax: 631 261-0395
secatty@denninlaw.com

**Shalov Stone Bonner & Rocco LLP**
Ralph M. Stone
260 Madison Avenue, 17th Floor
New York, New York 10016
(212) 239-4340
Fax (212) 239-4310
www.lawssb.com

*Counsel for Individual Plaintiffs*

TO:  All registered CM/ECF users who have entered appearances herein